UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  
    Keith R DeMaso  
    Genna L DeMaso  
        Debtor(s)

Case No. 15-13632

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 04/16/2015.

2) The plan was confirmed on NA.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 06/09/2015.

6) Number of months from filing to last payment: 0.

7) Number of months case was pending: 2.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: NA.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

    Total paid by or on behalf of the debtor     $0.00
    Less amount refunded to debtor     $0.00

**NET RECEIPTS:**     **$0.00**

**Expenses of Administration:**

    Attorney's Fees Paid Through the Plan     $0.00
    Court Costs     $0.00
    Trustee Expenses & Compensation     $0.00
    Other     $0.00

**TOTAL EXPENSES OF ADMINISTRATION:**     **$0.00**

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| REBECCA CARR | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Unsecured | 16,357.34 | NA | NA | 0.00 | 0.00 |
| ASSOC PATHOLOGISTS OF JOLIET | Unsecured | 174.80 | NA | NA | 0.00 | 0.00 |
| BREG INC | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 622.45 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| CHASE | Unsecured | 622.03 | NA | NA | 0.00 | 0.00 |
| CHRYSLER CAPITAL | Unsecured | 14,312.16 | NA | NA | 0.00 | 0.00 |
| COMENITY/THE BUCKLE | Unsecured | 1,183.06 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Unsecured | 738.00 | NA | NA | 0.00 | 0.00 |
| EDUCATION DEPT OF EDUCATION | Unsecured | 8,704.28 | NA | NA | 0.00 | 0.00 |
| DISH NETWORK | Unsecured | 33.03 | NA | NA | 0.00 | 0.00 |
| DR LANCE REINEKE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE MEDICAL GROUP LTD | Unsecured | 512.00 | NA | NA | 0.00 | 0.00 |
| DYSTRUP HOSTER & JAROT PC | Unsecured | 6,950.97 | NA | NA | 0.00 | 0.00 |
| WMP OF WILL COUNTY | Unsecured | 423.00 | NA | NA | 0.00 | 0.00 |
| EPIC GRP EMER PHYS/CRED DISC & | Unsecured | 671.00 | NA | NA | 0.00 | 0.00 |
| FUTURE DIAGNOSTIC GROUP | Unsecured | 245.74 | NA | NA | 0.00 | 0.00 |
| HEARTLAND CARDIOVASCULAR CE | Unsecured | 32.60 | NA | NA | 0.00 | 0.00 |
| HINSDALE ORTHOPAEDICS | Unsecured | 629.99 | NA | NA | 0.00 | 0.00 |
| ILLINOIS TOLLWAY | Unsecured | 212.70 | NA | NA | 0.00 | 0.00 |
| JOLIET EYECARE ASSOCIATES | Unsecured | 53.51 | NA | NA | 0.00 | 0.00 |
| JOLIET JUNIOR COLLECGE/FELT & L | Unsecured | 706.00 | NA | NA | 0.00 | 0.00 |
| JOLIERT RADIOLOGICAL SERV CORF | Unsecured | 514.81 | NA | NA | 0.00 | 0.00 |
| JOLIET WOMEN'S HEALTH CENTER | Unsecured | 281.00 | NA | NA | 0.00 | 0.00 |
| LABORATORY CORPORATION OF AN | Unsecured | 132.94 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MERCY GILBERT MEDICAL CENTER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MERIDIAN MEDICAL ASSOCIATES | Unsecured | 3,369.14 | NA | NA | 0.00 | 0.00 |
| MORRIS HOSPITAL | Unsecured | 856.73 | NA | NA | 0.00 | 0.00 |
| NASR LTD/COLLECTION PROFESSION | Unsecured | 447.88 | NA | NA | 0.00 | 0.00 |
| PARKVIEW ORTHO GRP SC/CRED DIS | Unsecured | 115.00 | NA | NA | 0.00 | 0.00 |
| PHYSICIANS IMMEDIATE CARE | Unsecured | 224.00 | NA | NA | 0.00 | 0.00 |
| PRESENCE SAINT JOSEPH MEDICAL | Unsecured | 2,520.72 | NA | NA | 0.00 | 0.00 |
| ROGERS ENTERPRISES INC | Unsecured | 2,518.62 | NA | NA | 0.00 | 0.00 |
| ALLIED ANESTHESIA ASSOC SC | Unsecured | 187.20 | NA | NA | 0.00 | 0.00 |
| SILVER CROSS HOSPITAL | Unsecured | 1,427.73 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,073.68 | NA | NA | 0.00 | 0.00 |
| SYNCB/ASHLEY HOME STORES | Unsecured | 2,747.16 | NA | NA | 0.00 | 0.00 |
| TMOBILE | Unsecured | 1,489.68 | NA | NA | 0.00 | 0.00 |
| TEMPE EMER PHYS LTD/CMRE FIN S | Unsecured | 360.00 | NA | NA | 0.00 | 0.00 |
| HOME DEPOT/CBNA | Unsecured | 1,427.95 | NA | NA | 0.00 | 0.00 |
| 3 RIVERS PUB LIB/UNIQUE NAT'L CO | Unsecured | 242.00 | NA | NA | 0.00 | 0.00 |
| VETERANS ADMINISTRATION | Unsecured | 651.16 | NA | NA | 0.00 | 0.00 |
| VILL OF PLAINFIELD AUTO ENFRCM | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROCKDALE | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| WILL CO CIRCUIT CLRK/ARNOLD SC | Unsecured | 156.00 | NA | NA | 0.00 | 0.00 |
| STATE DISBURSEMENT UNIT | Priority | 0.00 | NA | NA | 0.00 | 0.00 |
| STONEGATE MORTGAGE CORP | Secured | 20,337.80 | NA | NA | 0.00 | 0.00 |
| STONEGATE MORTGAGE CORP | Secured | 0.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$0.00** | **$0.00** | **$0.00** |

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $0.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS** : | **$0.00** |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 06/29/2015                By: /s/ Glenn Stearns
                                                                Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**